# Exhibit 3

# Copyright

**Document Number:**

V9940D517

**Entire Copyright Document:**

V9940 D517 P1-12

**Type of Document:**

Recorded Document

**Date of Recordation:**

2016-12-01

**Date of Execution:**

effective as of 12Feb15; 22Nov16

**Party 1:**

Roberta Herbstein

**Party 2:**

Roberta Roller Rabbit, LLC

**Notes:**

Copyright assignment.

**List of Works:**

00001 Roberta Roller Rabbit; eletronic file / Reg. VA1881330.
00002 Roberta Roller Rabbit; fabric designs on paper / Reg. VAu1022145.
00003 Roberta Roller Rabbit; sheets of artwork / Reg. VAu1022894.
00004 Roberta Roller Rabbit; set of fabric prints / Reg. VAu970123.
00005 Roberta Roller Rabbit; electronic file / Reg. VA1967038.
00006 Roberta Roller Rabbit; electronic file / Reg. VA1857872.
00007 Roberta Roller Rabbit; handblock print / Reg. VAu735699.
00008 Roberta Roller Rabbit; handblock print / Reg. VAu735697.
00009 Roberta Roller Rabbit; handblock print / Reg. VAu735698.
00010 Roberta Roller Rabbit; handblock print / Reg. VAu735700.

**Title:**

Roberta Roller Rabbit & 9 other titles.

**Names:**

Herbstein, Roberta
Roberta Roller Rabbit, LLC

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_29508365

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the [Records Research and Certification Division](). For information on searching copyright records, see [How to Investigate the Copyright Status of a Work (Circular 22)](). For information on removing personal information from Copyright Office public records, refer to [Privacy: Public Copyright Registration Records(Circular 18)]().

# Certificate of Recordation



This is to certify that the attached document was recorded on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.

*[signature]*

Acting United States Register of Copyrights and Director

December 01, 2016
_____
Date Of Recordation

9940                  517
_____
Volume                Doc. No.