# Exhibit 4

# Delaware

The First State



I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "ROBERTA ROLLER RABBIT, LLC", CHANGING ITS NAME FROM "ROBERTA ROLLER RABBIT, LLC" TO "ROLLER RABBIT LLC", FILED IN THIS OFFICE ON THE THIRTIETH DAY OF JUNE, A.D. 2020, AT 2:56 O`CLOCK P.M.



Jeffrey W. Bullock, Secretary of State

5671956  8100
SR# 20205996548
You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 203211853
Date: 07-01-20

# STATE OF DELAWARE
# CERTIFICATE OF AMENDMENT

1. Name of Limited Liability Company: ROBERTA ROLLER RABBIT, LLC

2. The Certificate of Formation of the limited liability company is hereby amended as follows:

> The name of the LLC has changed.
>
> The new name is:
> ROLLER RABBIT LLC

**IN WITNESS WHEREOF**, the undersigned have executed this Certificate on the 27th day of June, A.D. 2020.

By: *[signature]*
Authorized Person(s)

Name: Andrew Seibert
Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered 02:56 PM 06/30/2020
FILED 02:56 PM 06/30/2020
SR 20205996548 - File Number 5671956