UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 1:25-CV-06484

ROLLER RABBIT LLC,

        Plaintiff,

v.

SHENHE ONLINE STORE, YIULANGDE CLOTHING STORE, ZELBUCK LLC, AMYAAS, ANGELBEE, HINFEL ONLINE, SHENZHENSHICHANGYONGSHENG, MAOYIYOUXIANGONGSI, UPGARSU AND XUANFEI,

        Defendants.

---

**[proposed] ORDER OF DISMISSAL OF DEFENDANT XUANFEI WITH PREJUDICE**

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal, ECF No. [54], filed on October 24, 2025 Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i) the Court hereby dismisses the instant action with prejudice as against the Defendant XUANfei.

**DONE AND ORDERED** in Chambers at New York, NY, this 24 day of October, 2025.

_____
HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

The Clerk of Court is directed to terminate XUANfei as a Defendant.