UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 1:25-cv-06484-JMF

ROLLER RABBIT LLC,

        Plaintiff,

v.

YIULANGDE CLOTHING STORE, *et al.*,

        Defendants.

## MOTION TO WITHDRAW APPEARANCE OF DEBBIE C. YANG

Rachel I. Kaminetzky, counsel for Plaintiff ROLLER RABBIT LLC ("Plaintiff") hereby moves to withdraw Debbie C. Yang as counsel for Plaintiff, and in support thereof states as follows:

1. I represent Plaintiff in this action.

2. Debbie C. Yang is no longer employed with SRIPLAW, and therefore is no longer representing Plaintiff.

3. The relief requested will not alter the progression of this case in any way, nor will it unduly delay the resolution of this matter.

WHEREFORE, Plaintiff ROLLER RABBIT LLC prays this Honorable grant the foregoing Motion to Withdraw Appearance.

Dated: October 29, 2025
                                      Respectfully submitted,

                                      */s/ Rachel I. Kaminetzky*
                                      RACHEL I. KAMINETZKY
                                      Bar Number: 6030647
                                      rachel.kaminetzky@sriplaw.com

                                      **SRIPLAW, P. A.**

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS

41 Madison Avenue
25th Floor
New York, NY 10010
646.517.3609 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Roller Rabbit LLC*

Application GRANTED. The Clerk of Court is directed to remove Debbie C. Wang as counsel of record for Plaintiff and to terminate ECF No. 59

SO ORDERED.

October 30, 2025

2
**SRIPLAW**

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS