**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CASE NO.: 1:25-CV-06484**

ROLLER RABBIT LLC,

        Plaintiff,

v.

SHENHE ONLINE STORE, YIULANGDE
CLOTHING STORE, ZELBUCK LLC,
AMYAAS, ANGELBEE, HINFEL ONLINE,
SHENZHENSHICHANGYONGSHENG,
MAOYIYOUXIANGONGSI, UPGARSU
AND XUANFEI,

        Defendants.

### [proposed] ORDER OF DISMISSAL OF DEFENDANTS YIULANGDE CLOTHING STORE and SHENHE ONLINE STORE WITH PREJUDICE

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal, ECF No. [65], filed on December 10, 2025, Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i) the Court hereby dismisses the instant action with prejudice as against the Defendants Yiulangde Clothing Store and Shenhe Online Store. The Clerk of Court is directed to terminate Yiulangde Clothing Store and Shenhe Online Store as Defendants.

**DONE AND ORDERED** in Chambers at New York, NY, this 11 day of December, 2025.

HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE