UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                             :

ROLLER RABBIT LLC,                   :

                   :

         Plaintiff,        :

                   :         25-CV-6484 (JMF)

     -v-               :

                   :          ORDER

YIULANGDE CLOTHING STORE et al.,     :

                   :

         Defendants.     :

                   :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's January 7, 2026 Order, ECF No. 76, Plaintiff was required to file a motion for default judgment, no later than two weeks from the date of that Order.  To date, Plaintiff has not filed a motion for default judgment.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **February 3, 2026.**  Failure to file the motion for default by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

       SO ORDERED.

Dated:  January 27, 2026
       New York, New York                                
                                       JESSE M. FURMAN
                                 United States District Judge