UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                              :
ROLLER RABBIT LLC,                                            :
                                                              :
                          Plaintiff,                          :
                                                              :                    25-CV-6484 (JMF)
            -v-                                               :
                                                              :                    ORDER
YIULANGDE CLOTHING STORE et al.,                             :
                                                              :
                          Defendants.                         :
                                                              :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Defendants shenzhenshichangyongshengmaoyiyouxiangongsi, Zelbuck LLC, and Hinfel Online appear to be in default. ECF Nos. 68, 96. Plaintiff shall file any motion for default judgment, in accordance with the Court's Individual Rules and Practices for Civil Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman), **within two weeks of the date of this Order**. Plaintiff should familiarize itself with Local Civil Rules 55.1 and 55.2, which, along with Rule 55 of the Federal Rules of Civil Procedure and Rule 4(J) of the Court's Individual Rules, govern default judgment motion practice before this Court. Per Local Civil Rule 55.2, a party seeking default judgment must append to the motion a Clerk's Certificate of Default, which may be obtained by following the procedure described in Local Civil Rule 55.1. To be clear: Plaintiff must file their **motion** for default judgment, *not* merely their request for a Clerk's Certificate of Default, by the above deadline.

If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (i.e., versions of the files in their original format, such as in ".xlsx") to Chambers at Furman

NYSDChambers@nysd.uscourts.gov.  If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing.  If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.

Plaintiff shall serve a copy of this Order electronically, by first-class mail, or as consistent with the Court's February 24, 2026 Order, ECF No. 95, on Defendants Zelbuck LLC, Hinfel Online, and shenzhenshichangyongshengmaoyiyouxiangongsi **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: March 25, 2026
New York, New York

_____
JESSE M. FURMAN
United States District Judge

2