**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CASE NO.:  1:25-cv-06484-JMF**

ROLLER RABBIT LLC,

               Plaintiff,

v.

YIULANGDE CLOTHING STORE, *et al.*

               Defendants.

Given that a Certificate of Default was issused against these parties, *see* ECF No. 106, the Clerk of Court is directed to terminate ECF No. 104.

SO ORDERED.

March 31, 2026

**MOTION FOR ENTRY OF CLERK'S DEFAULT**

Plaintiff ROLLER RABBIT LLC ("Roller Rabbit"), by and through its undersigned counsel, hereby requests that the Clerk enter default in this matter against Defendants SHENZHENSHICHANGYONGSHENGMAOYIYOUXIANGONGSI, HINFEL ONLINE and ZELBUCK LLC[1] (collectively, "Defaulting Defendants") on the ground that Defaulting Defendants have failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.  The Declaration of Rachel I. Kaminetzky in Support of Motion for Entry of Clerk's Default ("Kaminetzky Decl.") filed concurrently herewith demonstrates that on December 10, 2025, Defendant SHENZHENSHICHANGYONGSHENGMAOYIYOUXIANGONGSI signed a waiver of service after being served with the Summons and a copy of the Complaint. (ECF No. 68). On February 24, 2025, Defendants HINFEL ONLINE and ZELBUCK LLC were served with the Summons and a copy of the Complaint in compliance with the Court's Order authorizing Alternate Service of Process (ECF No. 95). *See* Proof of Service at ECF No. 96.

---

[1] Plaintiff has voluntarily dismissed Defendants AngelBee, XUANfei, SHENHE ONLINE STORE, and Yiulangde Clothing Store. (ECF Nos. 57, 64, and 67). On March 13, 2026, Default Judgment was entered against Defendants AMYAas and UPARSU (ECF No. 100).

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

The time allowed for Defaulting Defendants to respond to the Complaint has expired. Neither Roller Rabbit nor the Court have granted Defaulting Defendants an extension of time to respond to the Complaint. Defaulting Defendants have failed to answer or otherwise respond to the Complaint or serve a copy of any Answer or other response upon Plaintiff's attorney of record.

Roller Rabbit is informed and believes that Defaulting Defendants are corporations and are not considered an infant or incompetent person. Plaintiff is informed and believes that the Servicemembers Civil Relief Act does not apply.

WHEREFORE, Plaintiff ROLLER RABBIT LLC requests that a default be entered by the Clerk against Defendants Defendants SHENZHENSHICHANGYONGSHENGMAOYIYOUXIANGONGSI, HINFEL ONLINE and ZELBUCK LLC and for such other and further relief as to the Court deems just and proper in the premises.

Dated: March 26, 2026                    Respectfully submitted,


                                         /s/ Rachel I. Kaminetzky
                                         RACHEL I. KAMINETZKY
                                         New York Bar Number: 6030647
                                         rachel.kaminetzky@sriplaw.com

                                         **SRIPLAW, P. A.**
                                         41 Madison Avenue
                                         25th Floor
                                         New York, NY 10010
                                         646.517.3609 – Telephone
                                         561.404.4353 – Facsimile

                                         *Counsel for Plaintiff Roller Rabbit LLC*


2
**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE